# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DIAZ GARCIA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. CV 15-3440-JPR<br><br>**JUDGMENT** |

　　　For the reasons set forth in the accompanying Memorandum Opinion and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order reversing the Commissioner's decision is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: June 30, 2016　　　　　　　_____
　　　　　　　　　　　　　　　　　JEAN ROSENBLUTH
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge